## 34844. GOLZ v. GOLZ.

Per curiam.

This appeal is from a judgment awarding custody of a minor child to the mother. The parties are divorced. The father of the child contends that the trial court abused its discretion. We disagree and affirm. *Murphy v. Murphy,* 238 Ga. 130 (231 SE2d 743) (1977).

*Judgment affirmed. All the Justices concur.*

Submitted April 27, 1979 — Decided May 8, 1979.

*Torin D. Togut,* for appellant.
*Jean Johnson,* for appellee.